

# NUMBER 13-17-00529-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ASHLEY ROY,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                Appellee.

## On appeal from the 105th District Court
## of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Memorandum Opinion by Chief Justice Valdez

Appellant, Ashley Roy, was convicted of burglary of a habitation. On August 24, 2017, appellant filed a notice of appeal by and through her attorney. December 27, 2017, this Court abated the appeal because of counsel's failure to request and make arrangements for preparation of the reporter's record, and directed the trial court to determine whether appellant desired to prosecute this appeal.

On January 22, 2018, the trial court held a hearing. Appellant appeared and stated that she wants to withdraw her appeal, has made the decision voluntarily, and understands the consequences of withdrawing her appeal. Accordingly, this case is hereby REINSTATED. Based upon the supplemental reporter's record indicating that appellant does not desire to prosecute her appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* TEX. R. APP. P. 2. Accordingly, we dismiss the appeal.

<u>**s/ Rogelio Valdez**</u>
ROGELIO VALDEZ
Chief Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed
the 15th day of March, 2018

2